RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510)   763-9967
Fax: (510)  380-6551
rsp@rspollocklaw.com

Attorney for Defendant
JESUS QUEZADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR. NO. 16-00504-JST** |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO CONTINUE DATE FOR STATUS CONFERENCE** |
| DAVID REPETTO, et al., | |
| Defendants. / | |

    Defendant Jesus Quezada, by and through his counsel of record Randy Sue Pollock, David Repetto, by and through his counsel of record Ned Smock, and Assistant United States Attorney Lloyd Farnham hereby stipulate and request that the status conference presently set for January 27, 2017 be continued to February 24, 2017 at 9:30 a.m.   This continuance is at the request of counsel for Mr. Quezada due to a conflict in her schedule.

///
///
///
///

The parties, including the defendants, agree to and request an exclusion of time under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) from January 27, 2017 to February 24, 2017.  The parties agree and stipulate that this time needs to be tolled to meet the ends of justice, and for effective preparation of defense counsel.  Counsel need time to review and discuss the discovery with their clients to effectively prepare the defense, taking into account the exercise of due diligence.  That finding is made pursuant to 18 U.S.C. Section 3161(h)(8)(A) and (B)(iv).  The interest of the defendants in the continuance outweighs the interests of the public and the defendant to a speedy trial.  It is so stipulated.

Date: January 20, 2017                                  Respectfully submitted,

                                                                           /s/
                                                        RANDY SUE POLLOCK
                                                        Counsel for Defendant
                                                        Jesus Quezada

Date: January 20, 2017                                           /s/
                                                        NED SMOCK
                                                        Counsel for Defendant
                                                        David Repetto

Date: January 20, 2017                                           /s/
                                                        LLOYD FARNHAM
                                                        Assistant United States Attorney

**SO ORDERED**:

   Dated:  January 23, 2017



IT IS SO ORDERED
Judge Jon S. Tigar

2