BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:16-CR-00504 JST |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM FEBRUARY 24, 2017 TO APRIL 14, 2017 |
| DAVID REPETTO and JESUS QUEZADA, | |
| Defendants. | |

On February 24, 2017, defendants David Repetto and Jesus Quezada appeared before this Court, and the Court set a further Status Conference in the case for April 14, 2017. The parties agree that the defendants' counsel requires additional time to review discovery provided by the government to date, and to review additional discovery to be provided by the government, and the parties agree that the additional time is necessary for effective preparation of the case. Therefore, the parties agree and jointly request that the time from February 24, 2017 to April 14, 2017 should be excluded in order to ensure

[PROPOSED] ORDER EXCLUDING TIME
NO. 4:16-CR-00504 JST        1

1  reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C.
2  § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice served by granting the continuance
3  outweigh the best interest of the public and the defendant in a speedy trial.
4      IT IS SO STIPULATED.

Dated:  February 27, 2017

BRIAN J. STRETCH
United States Attorney

_____/s/_____
LLOYD FARNHAM
Assistant United States Attorney

_____/s/_____
NED SMOCK
Counsel for Defendant David Repetto

_____/s/_____
RANDY SUE POLLOCK
Counsel for Defendant Jesus Quezada

**[PROPOSED] ORDER**

For the reasons stated above, the Court finds that the exclusion of time from February 24, 2017 through and including April 14, 2017 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

    IT IS SO ORDERED.

Dated:  February 27, 2017

_____
HONORABLE JON S. TIGAR
United States District Judge