1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        andrew.dawson@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:16-CR-00504 JST |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| DAVID REPETTO, JESUS QUEZADA, and CHARLES COAN | |
| Defendants. | |

The next court appearance in this matter is currently scheduled for June 16, 2017. The parties to this action hereby stipulate to a continuance of that date to July 14, 2017. The government has informed the defense that in response to requests for discovery it intends to produce new documents in the near future, including a substantial quantity of surveillance reports. The government has also informed the defense that certain laboratory tests of seized controlled substances remain pending at DEA Western Labs. Those tests have been expedited, and the government has been informed by the laboratory that results will be available on or about June 15, 2017. The government and the parties expect that defense review of the upcoming discovery will further the parties' efforts in resolving this matter.

STIPULATION TO CONTINUE AND EXCLUDE TIME
CASE NO. 4:16-CR-00504 JST                1

The parties also agree that an exclusion of time is appropriate under the Speedy Trial Act between June 16, 2017 and July 14, 2017 for purposes of the effective preparation of counsel. The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

Dated: June 12, 2017

/s/
ANDREW F. DAWSON
Assistant United States Attorney

/s/
RANDY SUE POLLACK
Attorney for JESUS QUEZADA

/s/
CHRISTOPHER J. CANNON
Attorney for DAVID REPETTO

/s/
PETER L. ARIAN
Attorney for CHARLES COAN

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the parties' stipulation, the Court orders that the status conference currently set for |
| 3 | June 16, 2017 be continued to July 14, 2017.  The Court also finds that the exclusion of the period from |
| 4 | June 16, 2017 to July 14, 2017 from the time limits applicable under 18 U.S.C. § 3161 is warranted; that |
| 5 | the ends of justice served by the continuance outweigh the interests of the public and the defendant in |
| 6 | the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time |
| 7 | would deny counsel for the defendant and for the government the reasonable time necessary for |
| 8 | effective preparation and of counsel, taking into account the exercise of due diligence, and would result |
| 9 | in a miscarriage of justice.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv). |

DATED:  June 13, 2017

_____
HON. JON TIGAR
United States District Judge